**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

and

STATE OF WEST VIRGINIA, by and through
the WEST VIRGINIA DEPARTMENT OF
ENVIRONMENTAL PROTECTION,

Plaintiffs,

v. CIVIL ACTION NO. 2:26-cv-00418

THE CHEMOURS COMPANY and
THE CHEMOURS COMPANY FC, LLC,

Defendants.

**ORDER**

Considering the United States of America's Motion to File Unredacted Complaint Under Seal and to Designate Unredacted Complaint as a Highly Sensitive Document, (ECF No. 4), and finding good cause for the same:

**IT IS ORDERED** that the Motion is hereby **GRANTED**. The unredacted version of the United States' Complaint, (ECF No. 1), shall be filed under seal and remain under seal until further order of this Court.

**IT IS FURTHER ORDERED** that the unredacted version of the Complaint is hereby designated as a Highly Sensitive Document pursuant to *In Re: Revised Procedures for the Designation, Submission, Filing and Management of Highly Sensitive Documents and Procedures*

*Governing Currently Sealed Documents* (S.D. W. Va. Apr. 6, 2021) (Gen. Order), and shall be treated as such by the Clerk and parties.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 27, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE